PRIS-14 Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

**FILED**

JUN 1 0 2024

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT

for the

Northern District of Oklahoma

Case No. **24 CV - 2 7 4 JDR - JFJ**

_(to be filled in by the Clerk's Office)_

_Oren Stacey_

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

_Judge william Kellough_

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

___ Mail    ___ No Cert Svc    ___ No Orig Sign

___ C/J    ___ C/MJ    ___ C/Ret'd    ___ No Env

___ No Cpy's    ___ No Env/Cpy's    ___ O/J    ___ O/MJ

*3 summons in hold tray*
*IFP pending*

PRIS-14 Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name     Oren Stacey

All other names by which

you have been known:     Oren the one

ID Number

Current Institution     OFC Oklahoma forensic center

Address     P.O. Box 69

    Vinita     OK     74301

          *City*        *State*       *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name     Judge Kellough

Job or Title *(if known)*

Shield Number

Employer     Tulsa County Courts "S." case

Address

    Tulsa     OK     74103

        *City*        *State*       *Zip Code*

☑ Individual capacity    ☐ Official capacity

Defendant No. 2

Name     Tulsa County sheriffs office.

Job or Title *(if known)*

Shield Number

Employer

Address

    Tulsa @     OK     74103

        *City*        *State*       *Zip Code*

☑ Individual capacity    ☐ Official capacity

PRIS-14 Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

**A.      For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      6-3-24

Signature of Plaintiff      _Oren Stacey_

Printed Name of Plaintiff      Oren Stacey

Prison Identification #

Prison Address      P.O. Box 69
Vinita, OK          OK      74301
                 City          State      Zip Code

**B.      For Attorneys**

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                 City          State      Zip Code

Telephone Number

E-mail Address

**DECLARATION UNDER PENALTY OF PERJURY**

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746. 18 U.S.C. §1621.

Executed at  _Oklahoma Forensic Center_       on  _6-3-24_       .
                 (Location)                      (Date)

_Oren Stacey_
Original Signature of Plaintiff)

PRIS-14 Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

Defendant No. 3

Name — Broken Arrow police

Job or Title *(if known)* — federated agents

Shield Number

Employer

Address

Broken Arrow.        OK        74012
*City*                *State*        *Zip Code*

☒ Individual capacity    ☐ Official capacity

Defendant No. 4

Name — Eric Nestor/K-9 woman cop. false cop)

Job or Title *(if known)* — federated BoAo police, no Badge

Shield Number — false badge

Employer — Broken Arrow police dept.

Address

Broken Arrow        OK        74012
*City*                *State*        *Zip Code*

☒ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)  Eric Nestor

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

10th Amendment. dividing power of the state false division.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

PRIS-14 Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

*The local cops Are being handed Above federe ted(cop)*

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*The sheriff is taking double the money in the Countys and do it around the states the police already get paid for plus the sheriff is federated legislation. the sheriff was supposed to obey there restraining order on me but kept coming back to fight thats why there is so many charges.*

III.    **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐     Pretrial detainee

☐     Civilly committed detainee

☐     Immigration detainee

☐     Convicted and sentenced state prisoner

☐     Convicted and sentenced federal prisoner

☑     Other *(explain)*     *mental institution*

IV.    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*Eric nestor preformed an unlawful search and seizure malicious injury The mom or car that got broken was Bearing false witness*

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Nari federated law/say I cant have adjustment to my Appeal in here because There law "federated" not established only in so down Workers have slept w/ residents*

PRIS-14 Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

    C.       What date and approximate time did the events giving rise to your claim(s) occur?

            ~~pretle~~ since 4-19-07   17yrs

    D.       What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

            I witnessed the rest of the residents claiming it

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

    my freedom.

PRIS-14 Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. If the evidence shows that you did not fully comply with an available prison grievance process before filing this lawsuit, the Court may dismiss the unexhausted claim(s) or grant judgment against you.

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)    _____

PRIS-14 Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

2. Court *(if federal court, name the district; if state court, name the county and State)*

_____

3. Docket or index number

_____

4. Name of Judge assigned to your case

_____

5. Approximate date of filing lawsuit

_____

6. Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.    _____

7. What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)    _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

PRIS-14 Complaint for Violation of Civil Rights (Prisoner) (Mod 7/19)

3.  Docket or index number

4.  Name of Judge assigned to your case

5.  Approximate date of filing lawsuit

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

IX.   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I hereby certify that a copy of the foregoing pleading/document

was mailed to ___Judge william Kellough___
(opposing party or counsel)

at ___500. S Denver 74103 TulSA, OK___
(address)

on ___June,3___ , 20 _24_ .

___Oren Stacy___
(signature)

## Instructions For Summons.

(1)    Your name. Oren Stacay

(2)    Name of the first defendant in your civil rights complaint. Judge Kellough william

(3)    Name and address of the individual defendant you wish to sue.  (You are reminded that you must fill out a separate summons for each named defendant you wish to sue.) ON Back

(4)    Your name and address. Oren Stacay
       P.O. Box 64
       Vinita, OK
       74301

## Instructions for USM-285 Form.

(1)    Your name. Oren Stacay

(2)    Name of the first defendant in your civil rights complaint. Judge Kellough william

(3)    Name and address of the individual defendant you wish to sue.  (You are reminded that you must fill out a separate USM-285 Form for each named defendant you wish to sue.) ON Back
       500. S. Denver TulSA OK 74103

(4)    Your name and address. Oren Stacay
       P.O. Box 64
       Vinita OK 74301

(5)    Sign and check the appropriate box.  Unless you sign each USM-285 Form, the Clerk will not forward it to the Marshal for service.

TCSO          federated
Tulsa County sheriff office Tulsa OK 74301

Broken Arrow police Broken Arrow, OK 74012
& eric Nestor federated

OFFICE OF THE CLERK

**UNITED STATES DISTRICT COURT**

Heidi D. Campbell
Clerk of Court

**Northern District of Oklahoma**
411 UNITED STATES COURTHOUSE
333 West Fourth Street
Tulsa, Oklahoma 74103-3819

Telephone (918) 699-4700
Fax (918) 699-4756

May 16, 2024

Oren Stacey
PO BOX 69
VINITA, OK  74301

IN RE: Correspondence regarding IRS Form letter and Voter Info

Dear Mr. Stacey:

We are in receipt of your correspondence, IRS Form letters and Voter Registration information.  After a thorough search of our records, we are unable to locate any information pertaining to you or the matter you speak of in your correspondence.  For this reason, we are returning your originals to you.

If you have any questions, please feel free to contact this office.

Very truly yours,

Heidi D. Campbell, Clerk of Court

s/J. Nitz

By: J. Nitz, Deputy Clerk

Department of the Treasury
**IRS** Internal Revenue Service
STOP 6120
KANSAS CITY  MO  64999

In reply refer to:  0927807461
Mar. 01, 2024 , LTR 12C  O R
***-**-1737  202012 30
Input Op:  0927807461 00003825
BODC: WI

OREN T STACEY
PO BOX 69
VINITA  OK  74301

079761

Social Security number:  ***-**-1737
BATCH 10155,20                 09221-034-26615-4

Dear Taxpayer:

We received your Dec. 31, 2020, Form 1040 federal individual
income tax return, but we need more information to process the return
accurately. Unless required otherwise, send us your reply within 20
days from the date of this letter.

Enclose only the information we requested and any forms, schedules, or
other information required to support your entries and a copy of this
letter. Don't send a copy of your return unless we ask you to do so.
Don't respond with a Form 1040-X, Amended U.S. Individual Income Tax
Return. We'll issue any refund due to you in 6 to 8 weeks from the
time we receive your response. If we don't receive a response from
you, we may have to increase the tax you owe or reduce your refund.

Find tax forms or publications by visiting www.irs.gov/forms or
calling 800-TAX-FORM (800-829-3676).

To support the amount of wage or withholding entry of
$4,080,000.00 on line 25d of Form 1040 submit:

  - Form W-2, Wage and Tax Statement
  - Form W-2G, Certain Gambling Winnings
  - Form 1099-R, Distributions from Pensions, Annuities, Retirement
    or Profit Sharing Plans, IRAs, Insurance Contracts, etc.
  - Other forms reporting wage or withholding

If you don't have the form you need, contact the issuer of the income
statement for a copy and send it with a copy of this letter.
Otherwise, send us the information in some substitute form. For
example, you can send an earnings statement or paystub from your
employer which shows year-to-date totals.

#36

You can fax your information to 855-892-7588 using either a fax
machine or an online fax service. Protect yourself when sending
digital data by understanding the fax service's privacy and security
policies. Due to the high volume, we can't acknowledge receipt of your
fax. Your faxed signatures will become a permanent part of your

0927807461
Mar. 01, 2024    LTR 12C    O R
***-**-1737   202012 30
Input Op:  0927807461 00003826

OREN T STACEY
PO BOX 69
VINITA. OK   74301

filing. Don't send another copy by mail. Doing so could delay
processing of your return. Be sure to put your taxpayer identification
number on each page faxed. Include a cover sheet with the following
information:

Date
Attention: ICO Rejects Team KCSPC
BATCH: 10155,20
Control number: 09221-034-26615-4
Your name
Your taxpayer ID (Social Security or individual taxpayer
identification number)
Tax period
Number of faxed pages

If you have questions about this letter, call the appropriate
telephone number listed below:

  - 800-829-0922 (Individual-Wage Earners)
  - 800-829-8374 (Individual-Self Employed/Business Owners)
  - 800-829-4059 (Telecommunication Device for the Deaf, TDD)
  - +1-267-941-1000 (Outside of the United States), not toll-free

If you prefer, you can write to us at the address at the top of the
first page of this letter.

If you didn't file your tax return electronically and your filing
requirements allow you this option, please consider this in the
future. The e-file program will guide you through the steps of
completing your tax return, so that you can help to avoid
correspondence delays. For more information about electronic filing,
ask your tax preparer or visit www.irs.gov/efile.

When you write, include a copy of this letter, and write your
telephone number and the hours we can reach you.

Keep a copy of this letter and any documents you send us with this
response for your records.

Thank you for your cooperation.

VOTER IDENTIFICATION CARD

County: **WAGONER**

Issued: **4/19/2022**
Original: **5/4/2016**

Voter's Name and Address

**OREN THOMAS STACEY**
**2002 ARCHDALE DR**
**BROKEN ARROW, OK 74014**

PIN: **842471**

ID: **801188970**   Precinct: **730302**   Political Affiliation: **REP**

Polling Place Location
**THE RIDGE AT BA**
**7401 S 209TH E AVE**
**BROKEN ARROW**

US Rep: **1**   Senate: **36**   House: **98**   Cnty Comm: **3**

This certifies that the individual, whose signature appears on this card, is registered to vote within the precinct and county shown in the State of Oklahoma.

Signature of Voter

| Date | Case Number | Charge |
|---|---|---|
| 08/17/2005 | CF-2005-3568 | Burglary – First Degree |
| 04/24/2007 | CF-2007-2215 | (1) Unlawful Possession of Controlled Drug with intent to distribute<br>(2) Failure to Obtain Drug Tax Stamp<br>(3) Possession of Firearm while in commission of a felony.<br>(4) Unlawful Possession of Paraphernalia. |
| 10/10/2007 | CF-2007-5259 | Malicious Injury to Property – Over $2,500. |
| 02/25/2008 | CF-2008-855 | Assault & Battery upon a police officer. |
| 02/28/2008 | CF-2008-926 | Assault and Battery upon a detention officer. |
| 03/17/2008 | CF-2008-1208 | (1) Assault & Battery upon a police officer.<br>(2) Prisoner Placing Bodily Fluids on a Government Employee |
| 04/01/2008 | CF-2008-1468 | Prisoner Placing Bodily Fluids on a Government Employee |
| 04/01/2008 | CF-2008-1469 | Prisoner Placing Bodily Fluids on a Government Employee |
| 04/01/2008 | CF-2008-1489 | (1) Assault & Battery upon a police officer. DISMISSED<br>(2) Assault & Battery upon a police officer. DISMISSED |
| 12/09/2008 | CF-2008-5977 | (1) Assault & Battery upon a police officer. DISMISSED<br>(2) Assault & Battery upon a police officer. DISMISSED |



habeas corpus
lost in system
public defende ~~___~~ called by me no case cant help
over 5 yrs

N.D.E shot @ body popped off back I
kept walking. world invests on me
in Anger.

met God on path talking ~intec's~ put
transcript in courts b/c he ~___~ knew God would
talk w/ father

Andie nickerws guided me. thru All
w/ his lyrics I rely on Rapper

portfolio OFC keeps for taxclaims
science But IM Not A NON tax hand
IM A MAJor tax payer.

Need A time slide to 7-31-05 B-day indictment 4:20pm
served by girls

I need to summons the irs to talk over my correspondence.

need irs plutonium mercury uranium. to gain
immortality to come back to life. lost in system

not guilty by reason of insanity
Ngri law takes my charges + portfolio
to keep for thoe records when were Admitted
not Allowing me to buy them b/c there
federated law and only in session ball

I need you to fill me a portfolio b/c (charges) they keep

b/c wy taxes I would like to pay.

I Need the minds eye
Technology
and to go federed in file

Ecf tape files

you are in reciept of my paper, hobers Corpus
compare and make dockets federal Adopt me who
the fed.

Oren Stacey
P.O. Box 69
Vinita, OK
74301

Clerk TUlSA federal Courts
333 west forth street room 411
TuISA, OK 74103-3819

RECEIVED

JUN 1 0 2024

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

Postmarked 6/6/2024